# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Schedule of Investor Payments to and from NASI**
**Thomas & Carolyn Thompson**
**Investor Acct.: 6-0433**

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount | Profit Subject to Clawback |
|---|---|---|---|---|---|
| 6-0433 | Tom Thompson, TTEE | $ 292,500.00 | $ (762,924.17) | $ (470,424.17) | $ (369,234.00) |

**Thomas & Carolyn Thompson - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Deposit | 07/16/99 | Tom Thompson, TTEE | The Thompson Revocable Family | 4 ATMs | $ 44,000.00 | $ 44,000.00 |
| CNB | 22413612 | Deposit | 10/26/99 | Tom Thompson, TTEE | The Thompson Revocable Family | 1 ATM | $ 11,000.00 | $ 55,000.00 |
| CNB | 22413612 | Deposit | 11/29/99 | Tom Thompson, TTEE | The Thompson Revocable Family | 1 ATM | $ 11,000.00 | $ 66,000.00 |
| CNB | 22413612 | Deposit | 01/04/00 | Tom Thompson, TTEE | The Thompson Revocable Family | 2 ATMs | $ 44,000.00 | $ 110,000.00 |
| CNB | 22413612 | Deposit | 07/09/00 | Tom Thompson, TTEE | The Thompson Revocable Family | 2 ATMs | $ 24,000.00 | $ 134,000.00 |
| CNB | 22413612 | Deposit | 02/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | 4 ATMs | $ 22,000.00 | $ 156,000.00 |
| CNB | 22413612 | Deposit | 01/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | w/Check #457 | $ 22,000.00 | $ 178,000.00 |
| CNB | 22413612 | Deposit | 01/24/03 | Tom Thompson, TTEE | The Thompson Revocable Family | 3 ATMs | $ 37,500.00 | $ 215,500.00 |
| CNB | 22413612 | Deposit | 11/27/06 | Tom Thompson, TTEE | The Thompson Revocable Family | 2 ATMs | $ 24,000.00 | $ 239,500.00 |
| CNB | 22413612 | Deposit | 07/06/07 | Tom Thompson, TTEE | The Thompson Revocable Family | 1 ATM | $ 12,000.00 | $ 251,500.00 |
| CNB | 22414410 | Deposit | 12/29/07 | Tom Thompson, TTEE | The Thompson Revocable Family | 2 ATMs | $ 24,000.00 | $ 275,500.00 |
| CNB | 22414410 | Deposit | 11/15/10 | Tom Thompson, TTEE | The Thompson Revocable Family | 1 ATM | $ 12,000.00 | $ 287,500.00 |
| CNB | 22414410 | Deposit | 06/24/11 | Tom Thompson, TTEE | The Thompson Revocable Family | 2 ATMs | $ 24,000.00 | $ 311,500.00 |
| CNB | 22414410 | Deposit | 11/25/11 | Tom Thompson, TTEE | The Thompson Revocable Family | 2 ATMs | $ 24,000.00 | $ 335,500.00 |
| CNB | 22414410 | Deposit | 07/26/13 | Tom Thompson, TTEE | The Thompson Revocable Family | 1 ATM | $ 12,000.00 | $ 347,500.00 |
| | | | | | | Total | $ 347,500.00 | |

**Thomas & Carolyn Thompson - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 08/01/99 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (733.33) | $ (733.33) | |
| CNB | 22413612 | Withdrawal | 09/01/99 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (733.33) | $ (1,466.67) | |
| CNB | 22413612 | Withdrawal | 10/01/99 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (733.33) | $ (2,200.00) | |
| CNB | 22413612 | Withdrawal | 11/01/99 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (916.67) | $ (3,116.67) | |
| CNB | 22413612 | Withdrawal | 12/01/99 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,100.00) | $ (4,216.67) | |
| CNB | 22413612 | Withdrawal | 01/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,100.00) | $ (5,316.67) | |
| CNB | 22413612 | Withdrawal | 02/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,833.33) | $ (7,150.00) | |
| CNB | 22413612 | Withdrawal | 03/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,833.33) | $ (8,983.33) | |
| CNB | 22413612 | Withdrawal | 04/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,833.33) | $ (10,816.67) | |
| CNB | 22413612 | Withdrawal | 05/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,833.33) | $ (12,650.00) | |
| CNB | 22413612 | Withdrawal | 06/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,833.33) | $ (14,483.33) | |
| CNB | 22413612 | Withdrawal | 07/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (1,833.33) | $ (16,316.67) | |
| CNB | 22413612 | Withdrawal | 08/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,233.33) | $ (18,550.00) | |
| CNB | 22413612 | Withdrawal | 09/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,233.33) | $ (20,783.33) | |
| CNB | 22413612 | Withdrawal | 10/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,233.33) | $ (23,016.67) | |
| CNB | 22413612 | Withdrawal | 11/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,233.33) | $ (25,250.00) | |
| CNB | 22413612 | Withdrawal | 12/01/00 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,233.33) | $ (27,483.33) | |
| CNB | 22413612 | Withdrawal | 01/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,233.33) | $ (29,716.67) | |
| CNB | 22413612 | Withdrawal | 02/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,600.00) | $ (32,316.67) | |
| CNB | 22413612 | Withdrawal | 03/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (35,283.33) | |
| CNB | 22413612 | Withdrawal | 04/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (38,250.00) | |
| CNB | 22413612 | Withdrawal | 05/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (41,216.67) | |
| CNB | 22413612 | Withdrawal | 06/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (44,183.33) | |
| CNB | 22413612 | Withdrawal | 07/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (47,150.00) | |
| CNB | 22413612 | Withdrawal | 08/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (50,116.67) | |
| CNB | 22413612 | Withdrawal | 09/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (53,083.33) | |
| CNB | 22413612 | Withdrawal | 10/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (56,050.00) | |
| CNB | 22413612 | Withdrawal | 11/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (59,016.67) | |
| CNB | 22413612 | Withdrawal | 12/01/01 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (61,983.33) | |
| CNB | 22413612 | Withdrawal | 01/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (64,950.00) | |
| CNB | 22413612 | Withdrawal | 02/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (67,916.67) | |
| CNB | 22413612 | Withdrawal | 03/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (70,883.33) | |
| CNB | 22413612 | Withdrawal | 04/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (73,850.00) | |
| CNB | 22413612 | Withdrawal | 05/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (76,816.67) | |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 06/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (79,783.33) | |
| CNB | 22413612 | Withdrawal | 07/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (82,750.00) | |
| CNB | 22413612 | Withdrawal | 08/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (85,716.67) | |
| CNB | 22413612 | Withdrawal | 09/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (88,683.33) | |
| CNB | 22413612 | Withdrawal | 10/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (91,650.00) | |
| CNB | 22413612 | Withdrawal | 11/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (94,616.67) | |
| CNB | 22413612 | Withdrawal | 12/01/02 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (97,583.33) | |
| CNB | 22413612 | Withdrawal | 01/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (2,966.67) | $ (100,550.00) | |
| CNB | 22413612 | Withdrawal | 02/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (104,141.67) | |
| CNB | 22413612 | Withdrawal | 03/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (107,733.33) | |
| CNB | 22413612 | Withdrawal | 04/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (111,325.00) | |
| CNB | 22413612 | Withdrawal | 05/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (114,916.67) | |
| CNB | 22413612 | Withdrawal | 06/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (118,508.33) | |
| CNB | 22413612 | Withdrawal | 07/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (122,100.00) | |
| CNB | 22413612 | Withdrawal | 08/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (125,691.67) | |
| CNB | 22413612 | Withdrawal | 09/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (129,283.33) | |
| CNB | 22413612 | Withdrawal | 10/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (132,875.00) | |
| CNB | 22413612 | Withdrawal | 11/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (136,466.67) | |
| CNB | 22413612 | Withdrawal | 12/01/03 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (140,058.33) | |
| CNB | 22413612 | Withdrawal | 01/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (143,650.00) | |
| CNB | 22413612 | Withdrawal | 02/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (147,241.67) | |
| CNB | 22413612 | Withdrawal | 03/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (150,833.33) | |
| CNB | 22413612 | Withdrawal | 04/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (154,425.00) | |
| CNB | 22413612 | Withdrawal | 05/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (158,016.67) | |
| CNB | 22413612 | Withdrawal | 06/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (161,608.33) | |
| CNB | 22413612 | Withdrawal | 07/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (165,200.00) | |
| CNB | 22413612 | Withdrawal | 08/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (168,791.67) | |
| CNB | 22413612 | Withdrawal | 09/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (172,383.33) | |
| CNB | 22413612 | Withdrawal | 10/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (175,975.00) | |
| CNB | 22413612 | Withdrawal | 11/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (179,566.67) | |
| CNB | 22413612 | Withdrawal | 12/01/04 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (183,158.33) | |
| CNB | 22413612 | Withdrawal | 01/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (186,750.00) | |
| CNB | 22413612 | Withdrawal | 02/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (190,341.67) | |
| CNB | 22413612 | Withdrawal | 03/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (193,933.33) | |
| CNB | 22413612 | Withdrawal | 04/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (197,525.00) | |
| CNB | 22413612 | Withdrawal | 05/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (201,116.67) | |
| CNB | 22413612 | Withdrawal | 06/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (204,708.33) | |
| CNB | 22413612 | Withdrawal | 07/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (208,300.00) | |
| CNB | 22413612 | Withdrawal | 08/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (211,891.67) | |
| CNB | 22413612 | Withdrawal | 09/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (215,483.33) | |
| CNB | 22413612 | Withdrawal | 10/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (219,075.00) | |
| CNB | 22413612 | Withdrawal | 11/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,591.67) | $ (222,666.67) | |
| CNB | 22414399 | Withdrawal | 12/01/05 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,739.00) | $ (226,405.67) | |
| CNB | 22414399 | Withdrawal | 01/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,738.50) | $ (230,144.17) | |
| CNB | 22414399 | Withdrawal | 02/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,659.00) | $ (233,803.17) | |
| CNB | 22414399 | Withdrawal | 03/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,670.00) | $ (237,473.17) | |
| CNB | 22414399 | Withdrawal | 04/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,564.50) | $ (241,037.67) | |
| CNB | 22414399 | Withdrawal | 05/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,656.00) | $ (244,693.67) | |
| CNB | 22414399 | Withdrawal | 06/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,648.50) | $ (248,342.17) | |
| CNB | 22414399 | Withdrawal | 07/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,686.00) | $ (252,028.17) | |
| CNB | 22414399 | Withdrawal | 08/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,672.00) | $ (255,700.17) | |
| CNB | 22414399 | Withdrawal | 09/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,675.50) | $ (259,375.67) | |
| CNB | 22414399 | Withdrawal | 10/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,702.50) | $ (263,078.17) | |
| CNB | 22414399 | Withdrawal | 11/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,643.50) | $ (266,721.67) | |
| CNB | 22414399 | Withdrawal | 12/01/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,606.00) | $ (270,327.67) | |
| CNB | 22414399 | Withdrawal | 12/31/06 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,638.50) | $ (273,966.17) | |
| CNB | 22414399 | Withdrawal | 02/01/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,604.50) | $ (277,570.67) | |
| CNB | 22414399 | Withdrawal | 03/01/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,994.50) | $ (281,565.17) | |
| CNB | 22414399 | Withdrawal | 04/01/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,926.00) | $ (285,491.17) | |
| CNB | 22414399 | Withdrawal | 05/01/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,057.50) | $ (289,548.67) | |
| CNB | 22414399 | Withdrawal | 06/01/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,024.00) | $ (293,572.67) | |
| CNB | 22414399 | Withdrawal | 07/01/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,024.50) | $ (297,597.17) | |
| CNB | 22414399 | Withdrawal | 08/01/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,035.00) | $ (301,632.17) | |
| CNB | 22414399 | Withdrawal | 09/10/07 | Tom Thompson, TTEE | The Document Revocable Family | | $ (4,208.00) | $ (305,840.17) | |
| CNB | 22414399 | Withdrawal | 10/03/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,227.50) | $ (310,067.67) | |
| CNB | 22414399 | Withdrawal | 11/05/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,249.00) | $ (314,316.67) | |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 12/05/07 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,207.00) | $ (318,523.67) | |
| CNB | 22414399 | Withdrawal | 01/03/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,203.50) | $ (322,727.17) | |
| CNB | 22414399 | Withdrawal | 02/05/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,200.50) | $ (326,927.67) | |
| CNB | 22414399 | Withdrawal | 03/05/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,285.00) | $ (331,212.67) | |
| CNB | 22414399 | Withdrawal | 04/07/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,761.50) | $ (335,974.17) | |
| CNB | 22414399 | Withdrawal | 05/06/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,640.00) | $ (340,614.17) | |
| CNB | 22414399 | Withdrawal | 06/05/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,674.50) | $ (345,288.67) | |
| CNB | 22414399 | Withdrawal | 07/07/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,713.50) | $ (350,002.17) | |
| CNB | 22414399 | Withdrawal | 08/04/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,586.00) | $ (354,588.17) | |
| CNB | 22414399 | Withdrawal | 09/05/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,612.00) | $ (359,200.17) | |
| CNB | 22414399 | Withdrawal | 10/06/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,612.50) | $ (363,812.67) | |
| CNB | 22414399 | Withdrawal | 11/05/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,651.00) | $ (368,463.67) | |
| CNB | 22414399 | Withdrawal | 12/05/08 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,532.00) | $ (372,995.67) | |
| CNB | 22414399 | Withdrawal | 01/06/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,315.00) | $ (377,310.67) | |
| CNB | 22414399 | Withdrawal | 02/04/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,247.00) | $ (381,557.67) | |
| CNB | 22414399 | Withdrawal | 03/05/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,127.00) | $ (385,684.67) | |
| CNB | 22414399 | Withdrawal | 04/06/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,012.50) | $ (389,697.17) | |
| CNB | 22414399 | Withdrawal | 05/04/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,993.00) | $ (393,690.17) | |
| CNB | 22414399 | Withdrawal | 06/03/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,962.50) | $ (397,652.67) | $ (3,962.50) |
| CNB | 22414399 | Withdrawal | 07/06/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,004.50) | $ (401,657.17) | $ (7,967.00) |
| CNB | 22414399 | Withdrawal | 08/06/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (3,993.50) | $ (405,650.67) | $ (11,960.50) |
| CNB | 22414399 | Withdrawal | 09/08/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,033.50) | $ (409,684.17) | $ (15,994.00) |
| CNB | 22414399 | Withdrawal | 10/06/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,074.00) | $ (413,758.17) | $ (20,068.00) |
| CNB | 22414399 | Withdrawal | 11/06/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,068.00) | $ (417,826.17) | $ (24,136.00) |
| CNB | 22414399 | Withdrawal | 12/07/09 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,151.50) | $ (421,977.67) | $ (28,287.50) |
| CNB | 22414399 | Withdrawal | 01/06/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,163.50) | $ (426,141.17) | $ (32,451.00) |
| CNB | 22414399 | Withdrawal | 02/04/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,153.00) | $ (430,294.17) | $ (36,604.00) |
| CNB | 22414399 | Withdrawal | 03/03/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,233.50) | $ (434,527.67) | $ (40,837.50) |
| CNB | 22414399 | Withdrawal | 04/02/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,422.00) | $ (438,949.67) | $ (45,259.50) |
| CNB | 22414399 | Withdrawal | 05/05/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,568.50) | $ (443,518.17) | $ (49,828.00) |
| CNB | 22414399 | Withdrawal | 06/01/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,594.00) | $ (448,112.17) | $ (54,422.00) |
| CNB | 22414399 | Withdrawal | 07/06/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,625.50) | $ (452,737.67) | $ (59,047.50) |
| CNB | 22414399 | Withdrawal | 08/03/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,730.00) | $ (457,467.67) | $ (63,777.50) |
| CNB | 22414399 | Withdrawal | 09/09/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,780.00) | $ (462,247.67) | $ (68,557.50) |
| CNB | 22414399 | Withdrawal | 10/04/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,830.00) | $ (467,077.67) | $ (73,387.50) |
| CNB | 22414399 | Withdrawal | 11/03/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,599.00) | $ (471,676.67) | $ (77,986.50) |
| CNB | 22414399 | Withdrawal | 12/06/10 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,867.00) | $ (476,543.67) | $ (82,853.50) |
| CNB | 22414399 | Withdrawal | 01/04/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (4,899.50) | $ (481,443.17) | $ (87,753.00) |
| CNB | 22414399 | Withdrawal | 02/04/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (5,438.50) | $ (486,881.67) | $ (93,191.50) |
| CNB | 22414399 | Withdrawal | 03/07/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (5,542.00) | $ (492,423.67) | $ (98,733.50) |
| CNB | 22414399 | Withdrawal | 04/05/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (5,427.00) | $ (497,850.67) | $ (104,160.50) |
| CNB | 22414399 | Withdrawal | 05/03/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (5,561.00) | $ (503,411.67) | $ (109,721.50) |
| CNB | 22414399 | Withdrawal | 06/06/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (5,431.50) | $ (508,843.17) | $ (115,153.00) |
| CNB | 22414399 | Withdrawal | 07/05/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (5,487.50) | $ (514,330.67) | $ (120,640.50) |
| CNB | 22414399 | Withdrawal | 08/04/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (5,572.50) | $ (519,903.17) | $ (126,213.00) |
| CNB | 22414399 | Withdrawal | 09/06/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,150.50) | $ (526,053.67) | $ (132,363.50) |
| CNB | 22414399 | Withdrawal | 10/04/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,272.50) | $ (532,326.17) | $ (138,636.00) |
| CNB | 22414399 | Withdrawal | 11/03/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,134.50) | $ (538,460.67) | $ (144,770.50) |
| CNB | 22414399 | Withdrawal | 12/05/11 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,060.50) | $ (544,521.17) | $ (150,831.00) |
| CNB | 22414399 | Withdrawal | 01/04/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,148.50) | $ (550,669.67) | $ (156,979.50) |
| CNB | 22414399 | Withdrawal | 02/02/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,740.00) | $ (557,409.67) | $ (163,719.50) |
| CNB | 22414399 | Withdrawal | 03/05/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,734.50) | $ (564,144.17) | $ (170,454.00) |
| CNB | 22414399 | Withdrawal | 04/03/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,605.00) | $ (570,749.17) | $ (177,059.00) |
| CNB | 22414399 | Withdrawal | 05/04/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,790.00) | $ (577,539.17) | $ (183,849.00) |
| CNB | 22414399 | Withdrawal | 06/05/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,687.50) | $ (584,226.67) | $ (190,536.50) |
| CNB | 22414399 | Withdrawal | 07/03/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,809.50) | $ (591,036.17) | $ (197,346.00) |
| CNB | 22414399 | Withdrawal | 08/02/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,742.50) | $ (597,778.67) | $ (204,088.50) |
| CNB | 22414399 | Withdrawal | 09/05/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,672.50) | $ (604,451.17) | $ (210,761.00) |
| CNB | 22414399 | Withdrawal | 10/03/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,768.00) | $ (611,219.17) | $ (217,529.00) |
| CNB | 22414399 | Withdrawal | 11/06/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,709.50) | $ (617,928.67) | $ (224,238.50) |
| CNB | 22414399 | Withdrawal | 12/04/12 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,681.00) | $ (624,609.67) | $ (230,919.50) |
| CNB | 22414399 | Withdrawal | 01/03/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,730.00) | $ (631,339.67) | $ (237,649.50) |
| CNB | 22414399 | Withdrawal | 02/05/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,690.50) | $ (638,030.17) | $ (244,340.00) |
| CNB | 22414399 | Withdrawal | 03/04/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,644.00) | $ (644,674.17) | $ (250,984.00) |
| CNB | 22414399 | Withdrawal | 04/03/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,719.00) | $ (651,393.17) | $ (257,703.00) |
| CNB | 22414399 | Withdrawal | 05/02/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,648.50) | $ (658,041.67) | $ (264,351.50) |

EXHIBIT B
PAGE 18

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 06/04/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,586.50) | $ (664,628.17) | $ (270,938.00) |
| CNB | 22414399 | Withdrawal | 07/05/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,750.50) | $ (671,378.67) | $ (277,688.50) |
| CNB | 22414399 | Withdrawal | 08/05/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,704.50) | $ (678,083.17) | $ (284,393.00) |
| CNB | 22414399 | Withdrawal | 09/05/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,699.00) | $ (684,782.17) | $ (291,092.00) |
| CNB | 22414399 | Withdrawal | 10/03/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,128.00) | $ (691,910.17) | $ (298,220.00) |
| CNB | 22414399 | Withdrawal | 11/04/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,139.00) | $ (699,049.17) | $ (305,359.00) |
| CNB | 22414399 | Withdrawal | 12/03/13 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,169.00) | $ (706,218.17) | $ (312,528.00) |
| CNB | 22414399 | Withdrawal | 01/06/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,206.00) | $ (713,424.17) | $ (319,734.00) |
| CNB | 22414399 | Withdrawal | 02/04/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,167.50) | $ (720,591.67) | $ (326,901.50) |
| CNB | 22414399 | Withdrawal | 03/04/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,953.00) | $ (727,544.67) | $ (333,854.50) |
| CNB | 22414399 | Withdrawal | 04/04/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,814.50) | $ (734,359.17) | $ (340,669.00) |
| CNB | 22414399 | Withdrawal | 05/05/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (6,969.50) | $ (741,328.67) | $ (347,638.50) |
| CNB | 22414399 | Withdrawal | 06/04/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,123.50) | $ (748,452.17) | $ (354,762.00) |
| CNB | 22414399 | Withdrawal | 07/07/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,235.00) | $ (755,687.17) | $ (361,997.00) |
| CNB | 22414399 | Withdrawal | 08/07/14 | Tom Thompson, TTEE | The Thompson Revocable Family | | $ (7,237.00) | $ (762,924.17) | $ (369,234.00) |
| | | | | | | **Total** | **$ (762,924.17)** | | **$ (369,234.00)** |