DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax:   (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax:   (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN R. THOMPSON, individually and as Trustee of THE THOMPSON REVOCABLE FAMILY TRUST; THOMAS P. THOMPSON, individually and as Trustee of THE THOMPSON REVOCABLE FAMILY TRUST, and DOES 1 THROUGH 10, inclusive,<br><br>            Defendants. | Case No. 2:16-cv-3175-PA-SK<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Percy Anderson<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION, WITH PREJUDICE** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1061558.01/LA

## JOINT STIPULATION

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(ii) and the terms of a Settlement Agreement entered into by Plaintiff William J. Hoffman ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates ("Receivership Entities"), and Defendants Carolyn R. Thompson and Thomas P. Thompson ("Thompsons"), the Receiver and Defendants hereby jointly stipulate to a dismissal of this action in its entirety, with prejudice. The parties further stipulate and agree that each party is to bear its own attorneys' fees and costs.

Dated:  November 30, 2016

ALLEN MATKINS LECK GAMBLE
　MALLORY & NATSIS LLP
DAVID R. ZARO
TIM C. HSU
EDWARD G. FATES

By:      /s/ *Tim C. Hsu*
　　TIM C. HSU
　　Attorneys for WILLIAM J.
　　HOFFMAN, Receiver

Dated:  November 30, 2016

FENNEMORE CRAIG, P.C.

By:      /s/ *Todd Kartchner*
　　TODD KARTCHNER
　　Attorneys for Defendants CAROLYN R. THOMPSON, individually and as Trustee of THE THOMPSON REVOCABLE FAMILY TRUST; and THOMAS P. THOMPSON, individually and as Trustee of THE THOMPSON REVOCABLE FAMILY TRUST

In accordance with Local Rule 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.